# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WELLS FARGO BANK, N.A.,<br><br>Plaintiff,<br><br>v.<br><br>LVDG II and HACIENDA NORTH HOA,<br><br>Defendants. | Case No. 2:16-cv-01082-APG-NJK<br><br>**ORDER DIRECTING WELLS FARGO BANK, N.A. TO COMPLY WITH FEDERAL RULE OF CIVIL PROCEDURE 5.1** |

Pursuant to Federal Rule of Civil Procedure 5.1(a), the party challenging a state statute's constitutionality must serve the Nevada Attorney General with its complaint, motion, or other filing that calls into question the state statute's constitutionality. Wells Fargo Bank, N.A.'s complaint challenges the constitutionality of Chapter 116. ECF No. 1.

**IT IS THEREFORE ORDERED** that Wells Fargo Bank, N.A. must serve the Nevada Attorney General with the complaint that calls into question Chapter 116's constitutionality, and shall file proof of compliance within 10 days of the date of this order.

DATED this 3rd day of June, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE