# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IN RE HOA FORECLOSURE CASES. | **ORDER CERTIFYING CASES TO NEVADA ATTORNEY GENERAL** |

The following cases involve a constitutional challenge to Nevada state statutes, specifically Chapter 116:

*Wells Fargo Bank, N.A. v. LVDG II*, 2:16-cv-1082-APG-NJK

*Bank of N.Y. Mellon v. Carmel Canyon Homeowners Ass'n*, 2:16-cv-01099-APG-VCF

*Bank of N.Y. Mellon v. Seven Hills Master Community Ass'n*, 2:16-cv-01128-APG-NJK

Pursuant to 28 U.S.C. § 2403(b) and Federal Rule of Civil Procedure 5.1(b), I hereby certify to the Attorney General for the State of Nevada that the constitutionality of Chapter 116 has been called into question in these actions. Pursuant to Rule 5.1(c), the Attorney General for the State of Nevada has sixty (60) days from the date of this Order to intervene in these actions, if it chooses to do so.

**IT IS THEREFORE ORDERED** that the Clerk of Court shall mail a copy of this Order to the Attorney General for the State of Nevada, via certified mail, return receipt requested, at each of the following addresses:

> Hon. Adam Paul Laxalt
> Office of the Attorney General
> 100 North Carson Street
> Carson City, Nevada 89701
>
> Hon. Adam Paul Laxalt
> Office of the Attorney General
> Grant Sawyer Building
> 555 E. Washington Avenue, Suite 3900
> Las Vegas, Nevada 89101

DATED this 3rd day of June, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE